Holmes Jones, Respondent, v. Lilla M. Baldwin-Devine, Appellant.— Motions denied.  Present — Jenks, P. J., Stapleton, Mills and Putnam, JJ.

Max Meyer, Plaintiff, v. United Dressed Beef Company, Defendant.— Motion granted.  Present — Jenks, P. J., Stapleton, Mills and Putnam, JJ.

Cornelius Westerfield, Appellant, v. Jennie W. Francke and Others, Respondents.— Motion denied and stay vacated, with ten dollars costs. Present — Jenks, P.J., Stapleton, Mills and Putnam, JJ.

William Allan, Appellant, v. Henry M. Downing and Winifred Downing, His Wife, Respondents.— Judgment and order of the County Court of Westchester county affirmed, with costs.  No opinion.  Jenks, P. J., Thomas, Stapleton, Mills and Putnam, JJ., concurred.

In the Matter of the Application of James A. Corwin and Others to Be Relieved of Liability, etc., as Sureties on the Bond of Francis F. Reeve and Samuel L'Hommedieu, as General Guardians, etc.  Francis F. Reeve, Individually and as General Guardian, etc., and Another, Appellants; James A. Corwin and Others, Respondents.— Order of the Surrogate's Court of Suffolk county affirmed, with ten dollars costs and disbursements.  No opinion.  Jenks, P. J., Thomas, Stapleton and Mills, JJ., concurred.      •

Stephen Juliano, Respondent, v. John Schettino and Maria Schettino, Appellants, Impleaded with Others.— Judgment affirmed, with costs.  No opinion.  Jenks, P. J., Thomas, Carr, Mills and Rich, JJ., concurred.

James McVeigh, as Administrator, etc., of Mary McVeigh, Deceased, Respondent, v. Thomas Roulston, Inc., Appellant.— Judgment and order unanimously affirmed, with costs.  No opinion.  Present — Jenks, P. J., Thomas, Stapleton, Mills and Putnam, JJ.

Rose Meguin, Respondent, v. Mary Buehler and Others, Defendants. Barbara Elsenhans, also Known as Barbara Sedgwick, Appellant.— Orders reversed, with ten dollars costs and disbursements, and motion to vacate judgment and order for service by publication granted, with ten dollars costs, upon the authority of *McLaughlin* v. *McLaughlin Real Estate Co., No. 2* (162 App. Div. 644).  Jenks, P. J., Thomas, Stapleton, Mills and Putnam, JJ., concurred.

Edward R. Moore, by William D. Moore, Jr., His Guardian ad Litem, Appellant, v. Theodore Blumberg, Jr., Respondent.— Order of the